Mubarak Alexander
#QF5976
PO Box 1000
SCI Houtzdale PA, 16698
Legal Mail only

Dear. USMS

Date: 1/3/22
RE: 21-CV4633

To it May concern

I have serve My defendants on the 7th Day of December, its been 21 days since the U.S.MS have receive My Summons. May the U.S.M.S Provide Me with a copy Letting Me know the USM-285 forms has been served upon My defendants.

Thank you

Truely submitted

Mubarak alexander
Mubarak Alexander

RECEIVED
JAN 11 2022

FIRST-CLASS MAIL
neopost
01/04/2022
US POSTAGE $000.53
ZIP 16698
041L12204394

INMATE MAIL
PA DEPT
OF CORRECTIONS

U.S.M.S.
X-RAY

SCI- Houtzdale
Name Mubarak Alexander
Number QF5976
PO Box 1000
Houtzdale, PA 16698

U.S. Department of Justice
United States Marshals Service
Eastern District of PA
Phila, PA 19106