IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| Mubarah Alexander<br>    Plaintiff, | Civil Action NO.#<br>21-CV-4633 |
| V. | Motion for<br>Appointment of counsel |
| Sgt. Vingliss, et.al.,<br>    Defendants | |

Plaintiff's First Request for Motion For Appointment of Counsel

Pursuant to 28 U.S.C § 1915(e)(1) Plaintiff Moves for an order appointing counsel to represent him in this case. In support of this Motion, Plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested Leave to Proceed in forma Pauperis.

2. Plaintiff's imprisonment will greatly Limit his ability to litigate. Plaintiff has limited access to the Law Library and Limited knowledge of the LAW.

3. A trial in this case will likely involve conflicting testimony and counsel would better enable Plaintiff to present evidence. And Also

Plaintiff is a seriously mentally ill Prisoner with diagnosis of schizoeffective disorder, Antisocial personality disorder, and intellectual disability, et.al.,
★ SEE Attach Exhibit A ★

1

Date: 1/4/22          Respectfully Submitted,
CC: Clerk of Court    Mubarak Alexander #QF5976
                      Pro (se) Plaintiff,
                      SCI-Houtzdale, P.O Box 1000
                      Houtzdale, PA 16698-1000

## CERTIFICATE OF SERVICE

I hereby certify that I am serving a true and correct copy of the foregoing Plaintiff's first Motion for appointment of counsel.
To be served upon the following person(s) in the manner indicated below:

Service by U.S Mail
SGT. Vingliss, et. al.,

Date: 1/4/22

2

# ALEXANDER, MUBARAK

DOB: 3/15/1993   AGE: 28   SEX: M   LOC: B-D-1002-01

| TYPE | CODE | DESCRIPTION | PRESCRIBER | USER | DATE DIAG | RESOLVED BY | RESOLVED DATE |
|---|---|---|---|---|---|---|---|
| 1 | F91.8 | **[F91.8]** Other specified disruptive, impulse-control, and conduct disorder | GLUSHAKOW, ADAM | GLUSHAKOW, ADAM | 7/5/2021 | | |
| 1 | F60.3 | **[F60.3]** Borderline personality disorder | MUSHTAQ, SAIQA | MUSHTAQ, SAIQA | 12/15/2020 | | |
| 1 | Z68.34 | Body mass index (BMI) 34.0-34.9, adult | WALLICK, HEATHER | WALLICK, HEATHER | 12/11/2020 | | |
| 1 | INTAKE | MEDICAL INTAKE | WALLICK, HEATHER | WALLICK, HEATHER | 12/11/2020 | MUSHTAQ, SAIQA | 12/15/2020 |
| 1 | K59.00 | Constipation, unspecified | WALLICK, HEATHER | WALLICK, HEATHER | 12/11/2020 | | |
| 1 | I10 | Hypertension, unspec. | FLATT MANNING, AMY | FLATT MANNING, AMY | 12/4/2020 | | |
| 1 | Intake | PSYCH INTAKE | BUCHER, MARIBETH | BUCHER, MARIBETH | 12/4/2020 | MUSHTAQ, SAIQA | 12/15/2020 |
| 1 | R60.9 | Edema, localized, NOS | GOMES, MICHAEL | GOMES, MICHAEL | 7/16/2016 | | |
| 1 | F91.9 | **[F91.9b]** Unspecified disruptive, impulse-control, and conduct disorder | COUSINS, JESSICA | KOS, DEBRA | 6/9/2016 | COUSINS, JESSICA | 6/16/2016 |
| 1 | F91.8 | **[F91.8]** Other specified disruptive, impulse-control, and conduct disorder | | COUSINS, JESSICA | 5/23/2016 | MUSHTAQ, SAIQA | 12/15/2020 |
| 1 | Z76.5 | **[Z76.5]** Malingering | | AHNER, DAVID | 5/12/2016 | COUSINS, JESSICA | 5/20/2016 |
| 1 | Z76.5 | **[Z76.5]** Malingering | | AHNER, DAVID | 3/17/2016 | BLATT, TERESA | 5/4/2016 |
| 1 | Z91.19 | **[Z91.19]** Nonadherence to medical treatment | | AHNER, DAVID | 2/16/2016 | COUSINS, JESSICA | 5/20/2016 |
| 1 | F79 | **[F79]** Unspecified intellectual disability (intellectual developmental disorder) | | CHESLICK, KRISTEN | 1/25/2016 | AHNER, DAVID | 3/17/2016 |
| 1 | F32.9 | **[F32.9b]** Unspecified depressive disorder | | NEWTON, ANDREW | 1/8/2016 | AHNER, DAVID | 3/17/2016 |
| 1 | F63.81 | **[F63.81]** Intermittent explosive disorder | | NEWTON, ANDREW | 1/8/2016 | COUSINS, JESSICA | 5/20/2016 |
| 1 | M54.15 | Back pain w/ radiation, unspec. Radiculopathy, thoracolumbar region | STANISH, STANLEY | STANISH, STANLEY | 1/5/2016 | | |
| 1 | F91.9 | **[F91.9b]** Unspecified disruptive, impulse-control, and conduct disorder | CHESLICK, KRISTEN | CHESLICK, KRISTEN | 1/4/2016 | COUSINS, JESSICA | 5/23/2016 |
| 1 | F60.2 | **[F60.2]** Antisocial personality disorder | | CHESLICK, KRISTEN | 12/31/2015 | | |
| 2 | E04.1 | Thyroid nodule | | ROBEL, DAVID | 3/17/2016 | | |
| 2 | K59.00 | Constipation, unspec. | STANISH, STANLEY | STANISH, STANLEY | 1/7/2016 | | |
| 2 | F31.9 | **[F31.9e]** Unspecified bipolar and related disorder | CHESLICK, KRISTEN | CHESLICK, KRISTEN | 12/31/2015 | COUSINS, JESSICA | 5/20/2016 |

Mubarak Alexander # QF5976
SCI Houtzdale
209 Institution Drive
Post Office Box 1000
Houtzdale, PA 16698-1000



JOHNSTOWN PA 159
06 JAN 2022 PM 1 L

Office of The Clerk
United States District Court
Philadelphia, PA 19106-9865

19106-9865

RECEIVED JAN 10 2022



"Inmate Mail - PA DEPT. OF CORRECTIONS"

