Mubarak Alexander
QF5976
SCI HOUTZDALE
PO Box 1000
HOUTZDALE PA, 16698-1000
Legal Mail Only

RE: request for copy of summons served to the Defendent's (21-CV-4633)

Dear Patrick McLaughlin, "correspondence clerk"
  I still haven't received a copy of the summons have been served to the Defendant's I also wrote the US Marshalls at "U.S Department of Justice" United States Marshals Service eastern District of Pennsylvania "601 Market Street, RM 2110 Philadelphia, PA 19106." It's been over 21 Working days And I still haven't received a responds. What Should I do Next? Please write back at the above address. Thank you

                    Sincerely
                    Mubarak Alexander 1/28/22

Smart Communications/PADOC
SCI- Houtzdale
Name Mubarak Alexander
Number QF 5976
PO Box 33028
St. Petersburg, FL 33733

RECEIVED
FEB - 3 2022

OFFICE OF The CLERK
United States District Court
Philadelphia, PA 19106-9865

INMATE MAIL
PA DEPT
OF CORRECTIONS

neopost
01/31/2022
US POSTAGE $000.53⁹
ZIP 16698
041 12204394

FIRST-CLASS MAIL