TO: CLERK OF COURTS
504 HAMILTON STREET
ALLENTOWN, PA 18101

FROM: MUBARAK ALEXANDER QF5976
S.C.I-Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA 16698-1000

DATE: 5/2/2022

RE: Requesting A Response from entry of Default Judgement. Case No: 2:21-CV-04633-KSM.

Dear Clerk of Courts,

  Hello?. I'm writing to you humbly and respectfully asking for a Response from my entry of Default Judgement. I requested a entry of Default Judgement, on Date 3/19/2022. Please do respond. Thank you!. Have a good Day!.

        RESPECTFULLY SUBMITTED,
        /s/ Mubarak alexander (Pro-SE)
        MUBARAK ALEXANDER QF5976
        SCI-Houtzdale
        P.O. Box: 1000
        209 Institution Drive
        Houtzdale, PA 16698-1000

CC: Mubarak Alexander's file (QF-5976)

SCI- Hautzdale
Name Mubarak Alexander
Number QF5976
PO Box 1000

Hautzdale, PA 16698

Office of the CLERK
United States District Court
504 Hamilton Street
AllenTown, PA 18101

INMATE MAIL
PA DEPT
OF CORRECTIONS

neopost
05/02/2022
US POSTAGE $000.53⁰
ZIP 16698
041L12204394
FIRST-CLASS MAIL