# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUBARAK ALEXANDER** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-4633** |
| : | |
| **SRGT. VINGALISS, et al.,** : | |
| Defendants. : | |

## ORDER

AND NOW, this the 14th day of **SEPTEMBER, 2022**, it is **ORDERED** that this case shall be **REMOVED** from the Prisoner Panel. Amara Kravitz, Esquire, a member of the Prisoner Civil Rights Panel, is **APPOINTED** to represent plaintiff in this matter.

**BY THE COURT:**

*/s/Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**