## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUBARAK ALEXANDER,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-CV-4633** |
| : | |
| **SRGT. VINGALISS,** *et al.*, : | |
| Defendants. : | |

### ORDER

**AND NOW** this 12th day of October, 2022, upon consideration of Plaintiff's Praecipe to Reissue Summons (Doc. No. 29) and revised USM-285 forms (Doc. Nos. 29-1, 29-2, 29-3, and 29-4), it is **ORDERED** as follows:

1. The Praecipe is **GRANTED.** The Clerk of Court has reissued the summonses. (*See* Doc. No. 30.) Service of the summonses and the Complaint shall be made upon the Defendants by the U.S. Marshals Service, using the revised USM-285 forms.[1]

2. Plaintiff's Motion for Clarification (Doc. No. 19) is **DENIED AS MOOT.** Clarification was previously provided. (*See* Doc. No. 20.)

3. Plaintiff's Motion for Entry of Default Judgment as to Nuse Kristen (Doc. No. 22) is **DENIED AS MOOT**. Plaintiff concedes that "Nurse Kristen" has not been served in this case. (Doc. No. 29 at 1 n.1.)

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] "On October 7, 2022, USM-285 forms were hand-delivered to the Clerk's Office which placed such forms into a specially-designated mailbox for the U.S. Marshals after Plaintiff's counsel inquired as to the proper procedure for submitting such forms." (Doc. No. 29 at 2 n.2.)