# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUBARAK ALEXANDER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-4633** |
| | : | |
| **SRGT. VINGALISS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 14th day of December 2022, following a status conference on December 13, 2022, during which counsel jointly moved to amend the deadlines for filing amended and responsive pleadings, it is **ORDERED** that the motions are **GRANTED**. The parties shall submit amended and responsive pleadings in compliance with the schedule listed below.

1. Plaintiff shall file his Amended Complaint by **JANUARY 6, 2022**.[1]

2. Defendants "Nurse Kristen," "Warden Lagona," and Bucks County shall respond to the Amended Complaint by **JANUARY 27, 2022.**

3. Any Defendant who has not yet entered an appearance in this case, including the John Doe Defendants, shall respond to the Amended Complaint in accordance with Federal Rule of Civil Procedure 12.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] Because Plaintiff is amending his Complaint, he need not file a separate response to the pending Motion to Dismiss.