# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUBARAK ALEXANDER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-4633** |
| | : | |
| **SRGT. VINGALISS,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW** this 6th day of January, 2023, Plaintiff having filed an Amended Complaint (Doc. No. 56), it is **ORDERED** that Defendants Bucks County and Warden Lagona's Motion to Dismiss (Doc. No. 50) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.