# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MUBARAK ALEXANDER,** : | |
| Plaintiff, : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 21-CV-4633-KSM** |
| : | |
| **BUCKS COUNTY,** *et al.*, : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 2nd day of May, 2023, it is **ORDERED** as follows:

1. Upon consideration of Defendants Bucks County, Paul Lagana, and Matthew Hartman's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 61), Plaintiff's opposition brief (Doc. No. 63), and Plaintiff's addendum to his opposition brief (Doc. No. 66-1), it is **ORDERED** that the motion (Doc. No. 61) is **DENIED.**

2. Upon consideration of Defendant Kristen Hill's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 60), Plaintiff's opposition brief (Doc. No. 62), Defendant Hill's reply brief (Doc. No. 64), and Plaintiff's surreply brief (Doc. No. 65-1), it is **ORDERED** that the motion (Doc. No. 60) is **DENIED.**

3. Defendants Bucks County, Lagana, Hartman, and Hill shall **ANSWER** Plaintiff's First Amended Complaint by **May 23, 2023.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**