# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUBARAK ALEXANDER, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-CV-4633-KSM |
| | : | |
| BUCKS COUNTY, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 2nd day of May, 2023, upon consideration of Plaintiff's Motion for Service by U.S. Marshals Service (Doc. No. 71) and the USM-285 forms attached to that Motion (Doc. Nos. 71-4, 71-5, 71-6, 71-7), it is **ORDERED** that the motion is **GRANTED.** Service of the summons (Doc. No. 57) and the First Amended Complaint (Doc. No. 56) shall be made upon Defendants Gregory Vingless, Timothy Moran, Jacob Stark, and Alex Perez by the U.S. Marshals Service, using the USM-285 forms attached to Plaintiff's motion.[1] (*See* Doc. Nos. 71-4, 71-5, 71-6, 71-7.)

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**

---

[1] Plaintiff's counsel hand delivered these USM-285 forms to the U.S. Marshals Office on January 5, 2023.